**McINTYRE LUMBER & EXPORT CO. v. COMMISSIONER OF INTERNAL REVENUE.**

No. 7458.

Circuit Court of Appeals, Fifth Circuit.

May 21, 1935.

Geo. E. H. Goodner, of Washington, D. C., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., Maurice J. Mahoney, Sewall Key, and Norman D. Keller, Sp. Assts. to Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, and Hartford Allen, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before BRYAN, FOSTER, and WALKER, Circuit Judges.

PER CURIAM.

The petitioner sought a redetermination of an income tax deficiency assessed against it for the year 1930. The proceeding was consolidated for hearing by the Board of Tax Appeals with proceedings involving deficiency assessments made against E. D. Flynn and W. W. Cleveland, as assignees of the petitioner. The facts pertinent to the questions involved in the instant case are set out in the opinion rendered in the case of Flynn v. Commissioner of Internal Revenue (C. C. A.) 77 F.(2d) 180; the petitioner in the instant case being the taxpayer transferor referred to in that opinion.

The petitioner contends: (1) That, in the circumstances disclosed in the statement referred to, the amount received by it in 1930 under the award of the Mixed Claims Commission was not taxable income; and (2) that that amount was not taxable against petitioner for 1930, because petitioner was on the accrual basis of accounting, and its rights under the award accrued prior to the year 1930.

Following the decision rendered in the above-cited case, both those contentions must be adversely disposed of.

The petition is denied.

**Harry MALLINSON, etc., et al. v. NATIONAL STEEL LABOR RELATIONS BOARD.**

No. 5425.

Circuit Court of Appeals, Seventh Circuit.

June 12, 1935.

Frank J. Hogan, E. L. Jones, and Joseph J. Cotter, all of Washington, D. C., for petitioners.

Wendell Berge, of Washington, D. C., for respondent.

Before EVANS, SPARKS, and ALSCHULER, Circuit Judges.

PER CURIAM.

It appearing from the record in this case that stipulation has been entered into by and between respondent herein and the United States on the one hand and petitioners herein on the other, that the petition for review filed herein be dismissed, therefore it is by the court this 12th day of June, 1935, ordered that said petition for review be, and the same is hereby, dismissed.